

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D  +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

May 27, 2021

<u>VIA ECF</u>

The Honorable Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/21
```

**MEMO ENDORSED**

Re:   Williams v. Bluestone Perennials, Inc.: Case No. 1:21-cv-00855-PGG-BCM

Dear Judge Moses:

We represent defendant Bluestone Perennials, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, Milton Williams, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from May 27, 2021 to July 12, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

Application GRANTED. All case deadlines are hereby stayed until **July 12, 2021**. As this is, effectively, the fourth extension of defendant's time to answer or otherwise respond to the complaint, no further extensions will be granted. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
May 28, 2021

cc:   All counsel of record (by ECF)