UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MILTON WILLIAMS, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

         Plaintiffs,

v.

BLUESTONE PERENNIALS, INC.,

         Defendant.

------------------------------------- x

No.: 1:21-cv-855

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), MILTON WILLIAMS, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, BLUESTONE PERENNIALS, INC., with prejudice and without fees and costs.

Dated: New York, New York
       June 29, 2021

                                                      **GOTTLIEB & ASSOCIATES**

                                                      _/s/Michael A. LaBollita, Esq._

                                                    Michael A. LaBollita, Esq., (ML-9985)
                                                         150 East 18th Street, Suite PHR
                                                                     New York, NY 10003
                                                                         Phone: (212) 228-9795
                                                                             Fax: (212) 982-6284
                                                                      Michael@Gottlieb.legal

                                                                       _Attorneys for Plaintiffs_

SO ORDERED.

_[signature: Paul G. Gardephe]_
_____
Paul G. Gardephe
United States District Judge

Dated: July 2, 2021